# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. CZAJKOWSKI,<br><br>    vs.                    Plaintiff,<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO. 07CV1114-LAB (LSP)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME**<br><br>[Dkt No. 3] |

Defendant the United States of America applies *ex parte* for a 45-day extension of time within which to respond to the Complaint in this action seeking recovery of IRS taxes. The Application is unopposed. For good cause shown, **IT IS HEREBY ORDERED** on or before ***October 26, 2007*** the United States shall file its responsive pleading in this action.

**IT IS SO ORDERED**.

DATED: September 12, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge