1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      SOUTHERN DISTRICT OF CALIFORNIA
10
11   ROBERT M. CZAJKOWSKI,          )   Civil No. 07CV1114-LAB(LSP)
                                    )        Member Case No.
12                  Plaintiff,      )        07CV1313-LAB(LSP)
                                    )
13   v.                             )
                                    )   **ORDER SETTING RULE 26**
14   UNITED STATES OF AMERICA,      )   **COMPLIANCE AND NOTICE OF CASE**
                                    )   **MANAGEMENT CONFERENCE**
15                  Defendants.     )
                                    )
16

17        On December 21, 2007, the Court convened an Early Neutral
18   Evaluation Conference (ENE) in the above-entitled action.  Settle-
19   ment of the case could not be reached at the ENE and the case has
20   since been consolidated with member case Ausbroook v. U.S.A.
21   07CV1313-LAB(LSP).  Based thereon, the Court issues the following
22   orders:
23        1.   Any objections made to initial disclosure pursuant to
24   Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,
25   and the parties are ordered to proceed with the initial disclosure
26   process.  Any further objections to initial disclosure will be
27   resolved as required by Rule 26.
28   / /

2.    The Rule 26(f) conference shall be completed before <u>March 7, 2008</u>;

3.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>March 21, 2008</u>;

4.    A discovery plan shall be <u>lodged</u> with Magistrate Judge Papas on or before <u>March 21, 2008</u>; and,

5.    A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>March 27, 2008</u>, at <u>8:30 a.m.</u>, in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED:  February 8, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge