**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CZAJKOWSKI    v.  U.S.A.                           No. 07CV1114-LAB(LSP)

HON. LEO S. PAPAS       CT. DEPUTY JENNIFER YAHL       Rptr. _____

                            Attorneys
     Plaintiffs                                      Defendants

The parties' Joint Motion to Extend Discovery and Move Settlement Conference Date is GRANTED.  (Doc. 23)

The deadline for completion of discovery is continued to February 20, 2009.

The date and time of the Settlement Conference on February 9, 2009, at 9 a.m. is vacated and reset for February 17, 2009, at 2:30 p.m.  All parties or their representatives who have full and unlimited authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference.  "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference.  Id. at 486.  A limited or a sum certain of authority is not adequate.  Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

All other case management dates are unchanged.

___X___  Copies to:  Counsel of Record          _____ Notified by Telephone

DATED:  January 27, 2009

                                              _____
                                              Hon. Leo S. Papas
                                              U.S. Magistrate Judge